**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE** LLP

ATTORNEYS AT LAW | 711 THIRD AVENUE., NEW YORK, NY 10017-4014
T (212) 907-7300 | F (212) 754-0330 | WWW.GOLENBOCK.COM

DIRECT DIAL NO.: (212) 907-7341
DIRECT FAX NO.: (212) 754-0330
EMAIL ADDRESS: PRICARDO@GOLENBOCK.COM

February 21, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 10007
New York, NY  10007

        Re:    Joseph Guglielmo v. Centric Brands Inc.,
                 Case No. 1:19-cv-11193E, Request for Extension of Deadline

Dear Judge Gardephe:

       This firm represents Defendant Centric Brands Inc. ("Defendant") in the above-captioned civil matter, which asserts ADA claims against Defendant based on allegations that a website it operates does not comply with the ADA.  On behalf of Defendant and counsel for Plaintiff Joseph Guglielmo ("Plaintiff"), I write pursuant to Your Honor's directive on February 14, 2020 (Doc. No. 10) that the parties provide a status report about the progress of settlement discussions.

       The parties are pleased to report that they have reached a settlement in this case.  They are in the final phases of completing the requisite documentation and anticipate filing a Stipulation of Voluntary Dismissal within the next few weeks.

       We thank the Court for its patience and consideration while the parties finalize the settlement.

                                        Sincerely,

                                        GOLENBOCK EISEMAN ASSOR BELL
                                           & PESKOE LLP

                                        /s/ S. Preston Ricardo
                                        S. Preston Ricardo

cc:    Yaakov Saks, Counsel for Plaintiff (via ECF)

3434859.1